Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

# UNITED STATES DISTRICT COURT
## for the
PHX District of AZ

AUG 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Kh   DEPUTY

_____ Division

Gene Edward Scott II
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Air National Guard AR/AZ, NASA
~~AFRPA~~ and Air National Guard MN &
Unknown,
~~Defendant(s)~~ Respondant.
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV-23-1666-PHX-MTL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

Ex parte:

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV·L·R·5.4
(Rule Number/Section)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gene Edward Scott II
   Street Address: 4839 South Darrow Drive #G258
   City and County: Tempe, & Maricopa
   State and Zip Code: AZ 85282-6661
   Telephone Number: (480) 203-6728
   E-mail Address: genscott1967@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    Unknown
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name    Unknown
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name    Air National Guard AR/AZ/MN
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name    NASA
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Administrative Act..., Employment Act..., I..., VII, VIII and XIV Amendments (XIII) of the United States Constitutions..., Civil Rights Act of 1964 As Amended and Privacy Act of 1974, etc.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Gene Edward Scott II, is a citizen of the State of *(name)* Arizona.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* Scott II's Corporation, is incorporated under the laws of the State of *(name)* AZ, and has its principal place of business in the State of *(name)* Arizona.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual Unknown/Air National Guard/AR/MN
    The defendant, *(name)* Unknown/NASA, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Above $75 Thousand. Max Air National Guard's payee status. Max Astronaut's payee status forever. U.S. Marshal Top payee status. Never enslave Gene Edward Scott II.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is unemployed and sane (100%). Plaintiff is well professional in... $E=mc^{2+}$ and my "1st. Electron Theory" and 1st. Motion Theory and bio cellular behavior and chem..., geo, rad. and gas and auto mechanics and U.S. Army Avn. Runway safety certificate, "Safe sparks chem to proper containments for legal combustion for legal travel". Performed varsity sports' championships. Anesthesiologist, Attorney & Psych, practice's excellent hygiene and nutrition.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is 100% innocent. Same as #3 above and Air Nation Guard Pilot Statuses after paid Gene Edward Scott II Flight student (in...) Air National Guard and "Frequent" "Locational" "Outer Space Travel and landing (safe) and U.S. Marshal status amid Top U.S. Marshal payee status (Gene Edward Scott II's). Thanks. Please, exonerate cousin Lee James Sims (100%) and Carl Williams.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/12/2023

Signature of Plaintiff: *Dr. G.E. Scott II*

Printed Name of Plaintiff: Dr. Gene Edward Scott II, MD/DO/Psch and Bishop

### B. For Attorneys

Date of signing: 8/12/2023

Signature of Attorney: *Dr. G.E. Scott II*

Printed Name of Attorney: Dr. Gene Edward Scott II

Bar Number: 2:22-bk-07922-PS

Name of Law Firm: Law Firm of Scott II

Street Address: 4839 South Darrow Drive #G258

State and Zip Code: AZ    and    85282-6661

Telephone Number: (480) 203-6728

E-mail Address: genscott1967@yahoo.com