**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Edward Scott, II, | No. CV-23-01666-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Air National Guard, et al., | |
| Defendants. | |

Plaintiff filed a Motion to Dismiss (Doc. 5). The court construes his motion as a Notice of Voluntary Dismissal by Plaintiff. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss an action "before the opposing party serves either an answer or a motion for summary judgment. . . ." Defendant have not yet been served.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion (Doc. 5) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **denied as moot**.

**IT IS FINALLY ORDERED** that the Clerk of Court dismiss this action, without prejudice, and close this case.

Dated this 1st day of September, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge